**Order filed January 5, 2017**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00621-CV

———————

## IN THE MATTER OF THE MARRIAGE OF GARY GOSINE AND EMMA MAE GOSINE

**On Appeal from the 306th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 15-FD-2502**

## ORDER

On October 26, 2016, appellant filed a letter in this appeal which the court construes as appellant's opening brief. This brief is not in compliance with the Texas Rules of Appellate Procedure. The brief fails generally to comply with the rules. *See* Tex. R. App. P. 38.1(a), (b), (c), (d), (g), and (k). Moreover, the brief fails to provide proof of service on the appellee and/or his appellate counsel. *See* Tex. R. App. P. 9.5.

Accordingly, we order appellant's brief filed October 26, 2016, stricken. Appellant is ordered to file a brief that complies with the Texas Rules of Appellate Procedure **within fourteen (14) days** of the date of this order.

If appellant files another brief that does not comply with Rule 38, the Court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), where an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution. If appellant fails to timely file a brief in accordance with Rule 38, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).

PER CURIAM

Panel consists of Justices Christopher, Jamison, and Donovan.